In the Matter of CHARLES I. WOODARD, Petitioner, against LEWIS J. VALEN-TINE, as Police Commissioner of the City of New York, Respondent.— In a proceeding under article 78 of the Civil Practice Act to review the determination of the respondent police commissioner in dismissing the petitioner from his position as patrolman in the police department, City of New York, determination unanimously confirmed, without costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *post*, p. 1017.]

SYLVIA PATASHNA, Respondent, v. JOSEPH SILVER, Appellant.— In an action to compel specific performance of a contract for the purchase of real property, order striking out the denials and separate defenses in defendant's answer and granting summary judgment in favor of plaintiff, and order denying defendant's motion to dismiss the complaint, pursuant to rule 113 of the Rules of Civil Practice, unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BARRY, Appellant.— Order of the County Court of Nassau County denying appellant's motion to set aside a sentence for a term of twenty-five years in State prison, imposed in the year 1929 upon a conviction of burglary in the first degree, and to impose a new sentence providing for an indeterminate term of imprisonment, affirmed. Notwithstanding the provisions of section 2189 of the Penal Law (as amd. by L. 1919, ch. 411), the flat sentence was authorized by section 2191 of the Penal Law (L. 1909, ch. 88; L. 1892, ch. 662, § 25) and section 407 of the Penal Law (as amd. by L. 1926, ch. 436). Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN BRYAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting defendant of a violation of section 483 of the Penal Law, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS L. HIGGINS, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of maintaining conditions in a dwelling in the nature of a nuisance, dangerous or prejudicial to life or health (Sanitary Code of City of New York, § 53), unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM KIMMOND, True Name WILLIAM KIMOND, Respondent.— Order of the County Court, Suffolk County, granting defendant's application and directing his resentence, where originally he had been sentenced as a second offender, although he had not been indicted as such nor had an information been filed in accordance with section 1943 of the Penal Law, affirmed. The record does not sufficiently establish that the defendant was previously convicted of a felony. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.